CLERK, U.S. DISTRICT COURT

DEC 20, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

17 MJ3224

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| Plaintiff, | |
| v. | |
| ALFRED ARTEAGA-CORONEL JR. | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will submit to the order of the court; defendant has been on conditions but absconded and has had no contact with probation office since May 2017.
_____

IT IS ORDERED that defendant be detained.

DATED: 12/20/17

*[signature]*

~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE